UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TEAM ASSET,<br><br>            Plaintiff,<br><br>      v.<br><br><br>FLASH BROTHERS, INC.,<br><br>            Defendant. | No. CV-03-396-FVS<br><br>ORDER OF DISMISAL<br>WITH PREJUDICE |

   **THIS MATTER** having come before the Court based upon the parties' "Stipulated Motion for Order of Dismissal with Prejudice" (Ct. Rec. 98); Now, therefore

   **IT IS HEREBY ORDERED:**

   The parties' "Stipulated Motion for Order of Dismissal with Prejudice" (Ct. Rec. 98) is granted.  All claims, counterclaims, and third-party claims are dismissed with prejudice pursuant to the terms set forth in the "Stipulated Motion for Order of Dismissal with Prejudice."

   **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and close this file.

   **DATED** this ___20th___ day of September, 2005.

                    s/ Fred Van Sickle
                    Fred Van Sickle
              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE- 1